FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 20 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP

**DEFENDANT NAME: DUVIEL HUMBERTO SOLARES GASTELUM**

TOTAL NO. COUNTS:   1

VIO:   **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine**

PENALTY:   **CAG not less than 10 years up to life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

## PENALTY IF DEFENDANT HAS ONE PRIOR QUALIFYING DRUG FELONY CONVICTIONS

PENALTY:   **CAG not less than 15 years up to life;**
**and/or $20,000,000 fine;**
**not less than 10 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

## PENALTY IF DEFENDANT HAS TWO OR MORE PRIOR QUALIFYING DRUG FELONY CONVICTIONS

PENALTY:   **CAG not less than 25 years up to life;**
**and/or $20,000,000 fine;**
**not less than 10 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

**21 U.S.C. § 853 – Forfeiture Allegation**

CASE NO. **4:19-CR-6049-SMJ-2**

AUSA INITIAL  SAV