1  NICHOLAS MARCHI
   Carney & Marchi, P.S.
2  7502 West Deschutes Place
   Kennewick WA 99336
3  (509) 545-1055
   Attorneys for Defendant
4  DUVIEL HUMBERTO SOLARES GASTELUM,

5

6              UNITED STATES DISTRICT COURT
            IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,            Case No. 4:19-CR-06049-SMJ-2

9          Plaintiff,                   NOTICE TO JOIN IN PRETRIAL
                                        MOTIONS FILED BY OTHER
10     vs.                              DEFENDANTS

11 DUVIEL HUMBERTO SOLARES              Note:  April 2, 2020 at 6:30 pm.
   GASTELUM,
12         Defendant                    Before Judge Mendoza at Richland

13

14

15

16         COMES NOW the defendant, DUVIEL HUMBERTO SOLARES GASTELUM, by and

17 through his attorneys, and gives notice of his intent to join and moves this Court to allow him to

18 join in all pretrial motions filed by the other defendants in this case, and in all legal

19 memorandum of authorities filed on behalf of the other defendant in this case, absent an election

20 not to join.  The defendant further joins in co-Defendant Renteria Castillo's Motion to Dismiss

21 Indictment (ECF 85).

22         DATED this 9th day of March 2020

23                                      Respectfully Submitted,

24                                      s/ Nicholas Marchi
                                        Nicholas Marchi, WSBA 19982
25                                      Attorneys for Defendant


NOTICE OF JOINDER IN PRETRIAL MOTIONS
FILED BY OTHER DEFENDANTS ABSENT
ELECTION NOT TO JOIN              - 1

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Joinder in Co-defendant's Motion for Extension of Time to File Pre-Trial Motions was e-mailed via ECF on 03/9/2020, to S. Van Marter, Assistant United States Attorney, 210 E. Yakima Ave., Suite 210, Yakima, WA  98901

*s/ Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant