Nicholas Marchi
CARNEY & MARCHI, P.S.
7502 West Deschutes Pl.
Kennewick, Washington, 99336
(509)545-1055
Nmarchi@carmarlaw.com

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| UNITED STATES OF AMERICA, | Case No. 4:19-CR-06049-SMJ-2 |
|---|---|
| Plaintiff, | STATUS REPORT |
| vs. | |
| DUVIEL HUMBERTO SOLARES GASTELUM, | |
| Defendant. | |

COMES NOW the defendant by and through counsel and submits the following Status Report: Co-Defendant Renteria-Castillo has requested an expedited hearing of his Motion to Dismiss (ECF 85) set for June 17, 2020. Defendant Solares-Gastelum does not oppose this request. Further, counsel for Mr. Solares-Gastelum will not be arguing the motion. As there will be no participation from counsel, both counsel and Mr. Solares-Gastelum waive their presence at the new date which is to be set.

DATED this 14th day of May 2020.

Respectfully Submitted,

*s/ Nicholas Marchi*
Nicholas Marchi
Attorneys for Defendant
Nmarchi@carmarlaw.com

STATUS REPORT - 1

## CERTIFICATE OF SERVICE

I certify that a copy of the Status Report was e-mailed via ECF /mailed first class, postage prepaid on 5/14/2020, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Ave., Suite 210, Yakima, WA 98901 or P.O. Box 1494 Spokane, WA 99210 and to A. Pechtel, attorney for Co-defendant, Mr.Renteria Castillo.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant